# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148611-2 & (89)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WILLIAM Q. TINGLEY III and
BRIDGET TINGLEY,
         Plaintiffs-Appellants,

v

PIONEER GENERAL CONTRACTORS,
INC., DYKEMA EXCAVATORS, INC.,
FIFTH THIRD BANCORP, and PNC
FINANCIAL SERVICES GROUP, INC.,

         Defendants-Appellees.

SC:  148611-2
COA:  309537; 312177
Kent CC:  11-009007-CZ

_____/

       On order of the Court, the application for leave to appeal the December 17, 2013, judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion to strike is DENIED.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



h0616

                               Clerk